IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA A. VARGULISH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 18-82 |
| | ) |
| NANCY BERRYHILL, | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this 17th day of July, 2018, IT IS HEREBY ORDERED as follows:

(1) Plaintiff, Patricia A. Vargulish, shall, on or before August 10, 2018, file a motion for summary judgment and brief in support of her claim for Social Security benefits.

(2) Defendant shall file a motion for summary judgment and brief on or before August 31, 2018.

(3) Plaintiff may file a reply no later than September 14, 2018.

(4) The case shall be submitted without hearing on September 14, 2018.

(5) No extensions shall be granted without order of the Court.

Pursuant to the order issued by Magistrate Judge Robert C. Mitchell on May 14, 2018 (Doc. No. 12), Plaintiff's motion for summary judgment and brief were due by June 14, 2018, but nothing was received by the Court on or before that date. When the matter was discussed via

telephone, Plaintiff indicated a belief that she had, in fact, submitted the required materials by United States certified mail prior to the deadline. However, while the record reflects that the Court received Plaintiff's Consent to Jurisdiction by a United States Magistrate Judge on May 24, 2018, it does not demonstrate evidence of any mailing containing Plaintiff's motion for summary judgment and brief having been received by the Court. Due to the possible confusion that may have arisen given the transfer of this matter from Magistrate Judge Mitchell to this Court, and given Plaintiff's *pro se* status, the Court will set a new briefing schedule to ensure that the parties have a full and fair chance to be heard.

        Accordingly, the parties shall abide by the new briefing schedule set forth herein.

s/Alan N. Bloch
United States District Judge

ecf:    Counsel of Record

cc:    Patricia A. Vargulish
        145 Glenn Avenue
        Jeannette, PA 15644